UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| XU TAO,<br><br>              Petitioner,<br><br>       v.<br><br>THOMAS HOMAN, et al.,<br><br>              Respondents. | Case No. 5:26-cv-00360-PA-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition") filed by Xu Tao ("Petitioner"); the Order to Show Cause re Dismissal issued by the assigned magistrate judge (Dkt. 19, "OSC"); Petitioner's Response (Dkt. 20) and Supplemental Response (Dkt. 22) to the OSC; the Report and Recommendation of the magistrate judge (Dkt. 24); and Petitioner's Objections to the Report (Dkt. 25) and Supplemental Declarations submitted in support of those Objections (Dkt. 26, 27).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing the Petition without prejudice.

Dated:  April 27, 2026

_____
PERCY ANDERSON
United States District Judge