UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| XU TAO, | ) | Case No. 5:26-cv-00360-PA-JDE |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS HOMAN, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated:  April 27, 2026

_____
PERCY ANDERSON
United States District Judge